SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (#263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorney for Plaintiff

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ROACH DOYLE,

        Plaintiff,

v.

BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,

        Defendants.

CASE NO.: 3:11-cv-06726-MEJ

**NOTICE OF SETTLEMENT**

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

    PLEASE TAKE NOTICE, the parties in the instant litigation have reached a settlement on all pending matters before this Court. Accordingly, the parties respectfully request that the Clerk of Court remove the upcoming case management conference from the Court's calendar. Currently, the parties are in the process of complying with the settlement agreement. Within 20

NOTICE OF SETTLEMENT - 1

1 | days from the date of this filing, the parties will execute a stipulated dismissal before this Court
2 | pursuant to Federal Rules of Civil Procedure 41(a).

SAGARIA LAW, P.C.

Dated: March 21, 2012

*/s/ Elliot Gale*
Elliot Gale, Esq.
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 2