1  SCOTT J. SAGARIA (BAR # 217981)
   ELLIOT W. GALE (BAR # 263326)
2  SAGARIA LAW, P.C.
   333 West San Carlos Street, Suite 1750
3  San Jose, CA 95110
   408-279-2288 ph
4  408-279-2299 fax

5  Attorneys for Plaintiff

6  Abraham Coleman (SBN # 146933)
   acolement@reedsmith.com
7  Raymond Y. Kim (SBN # 251210)
   rkim@reedsmith.com
8  REED SMITH LLP.
   355 South Grand Avenue, Suite 2900
9  Los Angeles, CA 90071-1514
   Telephone: 213-457-8000
10 Facsimile: 213-457-8080

11 Attorneys for Defendant

12

13

14
                    UNITED STATES DISTRICT COURT
15
           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO
16

17
   JAMES DOYLE,                          | Case No.: 3:11-cv-06726-MEJ
18
                                         | STIPULATED DISMISSAL
19          Plaintiff,

20     v.

21 BANK OF AMERICA, NATIONAL
   ASSOCIATION an FDIC insured corporation
22 and DOES 1 through 100 inclusive,

23

24
                    Defendants.
25

26

27

28

                         STIPULATED DISMISSAL - 1

1  TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

2      Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure
3  41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed
4  with prejudice.

7  Dated:  April 11, 2012

Elliot Gale, Esq.
Attorney for Plaintiff

Raymond Kim
Attorney for Defendant

16  Dated:  4/11/2012



IT IS SO ORDERED
Judge Maria-Elena James

STIPULATED DISMISSAL - 2