SCOTT J. SAGARIA (BAR # 217981)
ELLIOT W. GALE (BAR # 263326)
SAGARIA LAW, P.C.
333 West San Carlos Street, Suite 1750
San Jose, CA 95110
408-279-2288 ph
408-279-2299 fax

Attorneys for Plaintiff

Abraham Coleman (SBN # 146933)
acolement@reedsmith.com
Raymond Y. Kim (SBN # 251210)
rkim@reedsmith.com
REED SMITH LLP.
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: 213-457-8000
Facsimile: 213-457-8080

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JAMES DOYLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-06726-MEJ<br><br>STIPULATED DISMISSAL |

STIPULATED DISMISSAL - 1

TO THE COURT, CLERK OF COURT, AND ALL PARTIES:

    Pursuant to the terms of the settlement agreement and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the above captioned matter be dismissed with prejudice.

Dated: April 11, 2012

Elliot Gale, Esq.
Attorney for Plaintiff

Raymond Kim
Attorney for Defendant

Dated: 4/11/2012



IT IS SO ORDERED
Judge Maria-Elena James

STIPULATED DISMISSAL - 2